IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANN M. CAPPS,<br><br>Defendant. | 9:22-po-5050-KLD<br><br>VIOLATION:  F02S0013<br><br>ORDER |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total of $90.00 ($50.00 fine, $30.00 processing fee and $10.00 special assessment).  Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.  Payments may be made in the amount of $10.00 on the 5th of each month starting February 5, 2023.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for December 1, 2022, is VACATED.

DATED this __2nd__ day of December, 2022.

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge